AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**FILED**

NOV 0 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*for the* _____ **DISTRICT OF** _____ *Columbia*

UNITED STATES OF AMERICA

v.

*Victor Moscaso-Espana*

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: *05-549M-01*

I, _____ *Victor Moscaso-Espana* _____ , charged in a (complaint) (petition)

pending in this District with _____

in violation of Title _____ *18* _____ , U.S.C., _____ *1958* _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

X _____
*Defendant*

_____ *Nov. 9, 2005* _____
Date

_____
Counsel for Defendant