UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.  05-549M-01 (CR) |
| | : | |
| VICTOR MOSCOSO-ESPANA | : | VIOLATION:   18 U.S.C. §1958 |
| Defendant. | : | (Use of a Facility in Interstate Commerce to |
| | : | Commit Murder-For-Hire) |

## I NFORMATION

The United States Attorney charges:

From on or about October 10, 2005 until October 22, 2005, within the District of Columbia and elsewhere, **VICTOR MOSCOSO-ESPANA**, did unlawfully and knowingly use and cause others to use telephones, a facility of interstate and foreign commerce, with the intent that a murder be committed in violation of the laws of the United States as consideration for a promise to pay something of pecuniary value, specifically, the sum of $15,000.00 in United States currency, as payment for the murder of Alvaro Garcia-Hernandez.

**(Use of a Facility in Interstate Commerce to Commit Murder-For-Hire**,
in violation of Title 18, United States Code, Sections 1958)

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
Bar No. 451-058

By: _____
Ann Petalas
D.C. Bar # 24012852
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., RM 4211
Washington, D.C.  20530
(202) 307-0476