AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
MAR 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA
V.

WAIVER OF INDICTMENT

CASE NUMBER: 06cr57 (RBW)
05-549M

I, _Victor Moscoso-España_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _March 20, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____