FILED

MAR 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA  :  CRIMINAL NO. 06-57 (RBW)

v.  :  MAGISTRATE NO.: 05-549m-01

VICTOR MOSCOSO-ESPANA,

       Defendant.

## PROFFER OF EVIDENCE

The defendant, **VICTOR MOSOCSO-ESPANA**, agrees that if the Government were to go to trial on Count One of the Information, the Government's evidence, as to the essential elements of each offense, would show:

On October 11, 2005, the defendant called a cooperating witness on the telephone and asked it to meet with him at the Hess gas station in the 1900 block of New Jersey Ave, NW, Washington, D.C. At that meeting the defendant asked the cooperating witness to have an inmate at the DC jail murdered. The defendant identified the inmate by first name, and gave the cooperating witness the inmate's visiting days and jail identification number. On October 14, 2005, the defendant again called the cooperating witness on the telephone and arranged to meet with him that same day at the Hess gas station in Washington, D.C. The two met and, in an audio-recorded conversation, discussed the murder. The defendant stated to the cooperating witness that he "want[ed] to kill" the inmate. The cooperating witness indicated that he knew people in the DC jail with the target. The defendant instructed the cooperating witness to have them get contact names and phone numbers from the inmate before he was killed. The two further discussed making installment payments for the murder.

The defendant again arranged to meet with the cooperating witness in Hyattsville, MD, near the defendant's home, on October 18, 2005. At that meeting, the defendant agreed to pay $15,000, payable over a period of time in installments, for the murder of the inmate. On October 21, 2005, the defendant and cooperating witness met in Maryland. At that meeting, the defendant gave the cooperating witness $100 as an initial down-payment for the murder. The defendant further explained, in an audio-recorded conversation, his reasons for wanting to have the inmate killed. On October 22, 2005, the defendant was arrested. He was read his rights, waived them, and agreed to answer questions. The defendant admitted to attempting to have the DC inmate, Alvaro Garcia-Hernandez, killed. The agents asked him why he wanted the inmate killed, and the defendant stated that he did not like him. He also stated that he want Garcia-Hernandez killed upon receiving telephone contact information for his drug sources so he could take over the source and make money.

6

## DEFENDANT'S ACCEPTANCE

I have read the foregoing Proffer of Evidence. I have discussed this proffer fully with my attorney, Carlos Vanegas. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 2/24/06

_____
VICTOR MOSCOSO-ESPANA
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 2/24/06

_____
CARLOS VANEGAS
Counsel for Victor Mosocso-Espana

7