Copies to Judge
AUSA – Special Proceedings
Dft.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Case No. CR-06-57 |
| VICTOR MOSCOSO-ESPANA, Defendant/Petitioner. | |

FILED
JUN 09 2015
Clerk, U.S. District and Bankruptcy Courts

### MOTION FOR REDUCTION OF SENTENCE PURSUANT TO

COMES NOW, VICTOR MOSCOSO-ESPANA (Petitioner), Pro Se, and respectfully submits this LETTER MOTION to reduce sentence, or more specifically, to allow an earlier release to U.S. Immigration and Customs Enforcement for Deportation/Removal proceedings.

Petitioner contends that this Court has the jurisdiction to turn over custody of the Petitioner to U.S. Immigration and Customs Enforcement (ICE), being that Petitioner was Judged and Committed by this District Court and the sentence imposed can be 'adjusted' in the interest of the Government.

### FACTUAL BACKGROUND

The Petitioner was sentenced to 87 months, and has now served half of his sentence by jail credit and good time earned.

1

## ISSUE I.

The government (i.e. UNITED STATES OF AMERICA/NEW YORK/ARIZONA, **inter alia**) has developed Programs aimed at cutting the prison sentences of certain immigrant inmates ( **eligible** ) so they can be removed/deported faster, and have <u>Federal Officials</u> urging others to adopt similar policies.

Such Programs have been implemented to save states (which are part of the 'government/UNITED STATES OF AMERICA') substantial amounts of money.

Since December 2005, Arizona has saved more than $17 million and New York since 1995 has savings of $141 million. See EXHIBIT "A", (U.S. Immigration and Customs Enforcement (ICE) officials say the federal government also saves money when immigrant inmates get sent home early, and they hope to expand the programs in the next few months.").

## ISSUE II.

Federal Parole and Re-entry Legislation for the 110th Congress: The <u>CRIMINAL JUSTICE TAX RELEIF ACT of 2008</u> (changed name to <u>FEDERAL RELEASE REVISION ACT of 2008</u> and could change names again) drafted by FedCURE, would establish a hybrid system of parole for **all federal offenders**. The main objective of this Bill is to save UNITED STATES taxpayers money; accomplished by reducing sentences by its various alternatives. This Bill is estimated to save the UNITED STATES taxpayers $4 to $7 **billion** dollars annually. See EXHIBIT "B".

## ISSUE III.

The Petitioner is an immigrant who **will** be removed/deported, has served half of his sentence (jail credit and good-time) and is **eligible**... the Petitioner is eligible for the referenced programs.

**Whereof**, for all the above reasons, in the interest of the UNITED STATES OF AMERICA and its taxpayers, the Petitioner respectfully requests that this Court turns custody of the Petitioner over to Immigration and Customs Enforcement, by the Honorable Judge's discretion, at an earlier date than the Petitioner's current release date.

Respectfully Submmitted,

This 2nd day of June, 2008        VICTOR MOSCOSO-ESPANA, Pro Se

## Nation



By J.D. Schwalm, The (Jackson, Miss.) Clarion-Ledger

**'use':** People crowd outside the Mississippi Coliseum in February. The University of Mississippi won't play in the 46-year-old venue after one game in 2009.



By Benjamin Krain, Arkansas Democrat-Gazette

**verywhere:** High water from the White River covers parts ...don, Ark., on Thursday. It's expected to stay for weeks.

## k. residents told to ...ect more flooding

...ambrell
...ociated Press

ENDON, Ark. — Au-
s warned small com-
s and cabin dwellers
he White River National
 Refuge that they will
· affected by rising wa-
it have flooded more
if the state.
 Bays of the National
r Service said Thursday
idents are going to see a
foot a day. The refuge is
in the flood plain of the
 River near where it
he Mississippi.
 Charles on Thursday
g, the White River was
 feet. Bays guessed the
ould reach 33-35 feet by
· weekend or early next

week, near the 36.5-foot level reached during floods in 1973.
 "It's certainly going to be several feet above what causes some problems," Bays said.
 The flooding in Arkansas began with storms March 17. Thirty-five counties have been declared federal disaster areas. Recent rains also flooded parts of other states, including Ohio, Indiana, Illinois and Missouri. The weather has been linked to at least 17 deaths in the region.
 Jaysson Funkhouser, a water specialist with the U.S. Geological Survey, said preliminary figures showed that the White River surge could, in coming days, reach the 100-year flood stage — meaning it has a one-in-100 chance of being flooded this badly in any given year.

## Deporting some inmates proves a break for states

**By Emily Bazar**
**USA TODAY**

Programs in New York and Arizona aimed at cutting the prison sentences of certain immigrant inmates so they can be deported faster have federal officials urging other states to adopt similar policies.
 Officials in the two states say they have saved millions by turning over for early deportation some non-violent immigrant criminals who have served at least half of their sentences.
 Eligible inmates include both legal immigrants who committed certain crimes and illegal immigrants.
 U.S. Immigration and Customs Enforcement (ICE) officials say the federal government also saves money when immigrant inmates get sent home early, and they hope to expand the programs in the next few months.
 "This program does not apply to your rapists, your murderers, your serious criminals," says Julie Myers, Homeland Security assistant secretary for ICE.
 Myers says it costs an average of $95 a day for the federal government to detain and house illegal immigrants before deportation. The accelerated deportation policy "reduces the amount of time aliens are in our custody," she says. "It reduces the amount of time our lawyers have to spend prosecuting cases in immigration court."
 ICE has been targeting illegal immigrants with criminal convictions, and the related costs are growing. Last year, 164,000 immigrant criminals were placed into deportation proceedings, up from 64,000 in 2006, Myers says.
 Under the accelerated deportation programs, only those inmates who are eligible for deportation and won't fight their removal from the USA can participate. If the deportee returns to the USA and is caught, the immigrant will serve the remainder of the original sentence plus prison time for any new criminal offenses.
 The illegal immigrant may also face a separate felony conviction for returning after being deported and up to 20 years in prison.
 It would be up to each state to iron out specific eligibility requirements, such as how much of the sentences must be served before inmates are eligible, Myers says.
 In Florida, Republican state Sen. Mike Bennett says he plans to introduce legislation next week to bring the program to his state. About 2,500 inmates would qualify, he says.
 "These people are going to be deported when they get done anyhow," he says. "Why not speed the process and get them out of here?"
 Since December 2005, 1,300 Arizona inmates have been turned over to ICE for deportation under the policy, says Nolberto Machiche, spokesman for the state Department of Corrections. The state has saved more than $17 million as a result because it no longer has to house the criminals, he says.
 New York's program began in 1995, says Erik Kriss, spokesman for New York State Department of Correctional Services. Through December, nearly 2,000 inmates had been deported under the program for a savings of $141 million.
 The inmates were turned over to ICE for deportation an average of 27.4 months before completing their minimum sentences, he says.
 Manuel Vargas, with the Immigrant Defense Project of the New York State Defenders Association, says he's concerned that some inmates volunteer for the program without access to legal advice.
 "Over the years, I've seen cases where people gave up their rights to fight deportation, but had a legitimate argument" to stay in the country, he says. "For some (inmates), it may be the right choice. For others, it may not be."

EXHIBIT "B"



**Federal Inmate Population is now 201,274 people.**

Home
About Us
Contact Us
Donate $ Join Now
Information
Newsletter
Publications
Links
Search FedCURE
Action Alert
Accomplished
Archives
Members Area
Chapters



FedCURE On PBS



FedCURE News
BNNreports.com



Click to subscribe to FedCURE-org group.
Over 1,900 Discussion Group Subscribers
It's FREE!

# FedCURE NEWS and Legislative Updates

## 05 May 2008 (Updated)

*Using Technology to Bring About Federal Criminal Justice Reform tm*

### Federal Parole and Re-entry Legislation for the 110th Congress

**The Criminal Justice Tax Relief Act of 2008** - A bill to establish a hybrid system of parole for all federal offenders:

On 20 April 2007 FedCURE met with the point person for Rep. Danny K. Davis of Illinois the main sponsor of last year's federal parole bill - **H.R. 3072**. FedCURE also spent about one half hour with Rep. Davis.

Subsequently, FedCURE drafted a new bill titled: The **Criminal Justice Tax Relief Act of 2008 (CJTRA)**, which will take a different focus. The CJTRA would establish a hybrid system of parole for all federal offenders. The bill is estimated to save the U.S. taxpayers $4 to $7 billion dollars annualy.

*The CJTRA, would, inter alia:*

- *Reinstate the old parole statutes and make amendments thereto*
- *Make all offenders eligible for parole.*
- *Increase good time allowances.*
- *Give jurisdiction to the United States Parole Commission to set release dates in accordance with applicable parole guidelines or the U.S Sentencing Guidelines, whichever is lowest*
- *Provide for reduction in term of imprisonment of elderly offenders.*
- *Clarify parole procedures*
- *Provide post incarceration supervision.*
- *Apply prospectively and retroactively*
- *Extend the life of the United States Parole Commission for twenty years*

On 06 May 2008, FedCURE is meeting with Rep. Davis, in Washington, DC., to sign off and to sponsor the CJTRA. Then, the bill will go to the U.S. House Legislative Counsel for review and printing, after which the bill will be ready for Rep. Davis to introduce to the 110th Congress.

**The Second Chance Act of 2007** - was signed into law by President Bush on 09 April 2008. Public Law 110-199.

http://www.fedcure.org/information/FedCURENews.shtml                    5/10/2008

# PROOF OF SERVICE

I certify that on __06/02/08__ (date) I mailed a copy of this brief and all attachments via first class mail to the following parties at the addresses listed below

> UNITED STATES DISTRICT COURT
> DISTRICT OF COLUMBIA
> **Nancy Mayer-Whittington, District Clerk**
> U.S. COURTHOUSE
> THIRD & CONSTITUTION AVE., NW
> WASHINGTON, D.C. 20001

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court.

I certify that this document was given to prison officials on __06/02/08__ (date) for forwarding to the DISTRICT COURT. I certify under penalty of perjury that the foregoing is true and correct. 28 U S C §1746.

Signature - VICTOR MOSCOSO-ESPANA

Dated __06/02/08__